UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLY EDWIN PAYHUA BRAVO,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondent. | No. 1:26-cv-00104-DJC-EFB (HC)<br><br><u>ORDER</u> |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

In addition, it appears the undersigned that there are no additional issues to be

resolved in this case. Accordingly, the undersigned will withdraw the reference to the Magistrate Judge and issue an order to show cause why judgment should not be entered in favor of Petitioner.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 11, 2026 findings and recommendations are adopted in full.
2. Respondents' Motion to Dismiss (ECF No. 15) is DENIED.
3. The reference to the Magistrate Judge is WITHDRAWN.
4. On or before December 4, 2026, Respondents are ORDERED TO SHOW CAUSE why final judgment should not be entered in favor of Petitioner.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE